**NOTE: CHANGES MADE BY COURT**

# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

LATANYA WILLIAMS,

Plaintiff,

v.

WESTSIDE PROPERTY INVESTMENTS, LLC; and DOES 1 to 10,

Defendants.

Case No. 2:26-cv-09181-FWS-KS

**ORDER JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) [16]**

///

///

///

Having reviewed and considered the Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) [16] ("Stipulation"), between Plaintiff LATANYA WILLIAMS and Defendant WESTSIDE PROPERTY INVESTMENTS, LLC, the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** the following:

The above-captioned case is **DISMISSED WITH PREJUDICE** in its entirety, and each party shall bear his/her/its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: September 22, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE